IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

06 NOV 16 PM 2:40

U.S. DISTRICT COURT
SOUTHERN DISTRICT

| | | |
|---|---|---|
| GARY SPANO, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 06-CV-743 DRH |
| | ) | |
| THE BOEING COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER

IT IS ORDERED that, the fee having been paid, _____

(Movants(s))   Kimberly A. Mohr

(Firm)   Bryan Cave LLP

(Address)   One Metropolitan Square, 211 N. Broadway, Suite 3600, St. Louis, MO 63102

Telephone No. (314) 259-2000   (Fax #) (314) 259-2020

Is admitted to practice pro hac vice (for this case only) before the United States District Court for Southern District of Illinois, as attorney for: Defendants

Date: 11/16/2006

By ORDER OF THIS COURT:

NORBERT G. JAWORSKI, Clerk

By: [signature] Mannis
Deputy Clerk.

SL01DOCS\2482511.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
06 NOV 16 PM 2:40

| | |
|---|---|
| GARY SPANO, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 06-CV-743 DRH |
| ) | |
| THE BOEING COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes Now Kimberly A. Mohr, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of defendants, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the States(s) of Missouri (Bar #54067).

2. That movant is a member of good standing in the Bar(s) as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

_____
Signature of Movant

SL01DOCS\2482511.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY SPANO, et al, | ) |
| Plaintiffs, | ) |
| v. | ) Cause No. 06-CV-743 DRH |
| THE BOEING COMPANY, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the Motion to Appear Pro Hac Vice for Kimberly A. Mohr was filed with the court this 16th day of November, 2006 and was mailed, postage prepaid, to Jerome J. Schlichter, Schlichter, Bogard & Denton, 100 South Fourth Street, Suite 900, St. Louis, Missouri 63102.

BRYAN CAVE LLP

By  /s/ Kimberly A. Mohr
Kimberly A. Mohr
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000
(314) 259-2020 - Fax

Attorneys for Defendants

SL01DOCS\2485681.1