UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY SPANO, JOHN BUNK, JAMES WHITE, JR. and VICTOR DUBBS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE BOEING COMPANY, EMPLOYEE BENEFITS PLAN COMMITTEE, AND SCOTT M. BUCHANAN,<br><br>　　　　　Defendants. | Cause No. 06-CV-743 |

## MOTION OF ALL DEFENDANTS
## TO STRIKE JURY DEMAND

Come now defendants The Boeing Company, Employee Benefits Plan Committee and Scott M. Buchanan and move this Court for an order striking plaintiffs' jury demand for the reason that plaintiffs have no right to jury trial in this ERISA action, all as set forth more fully in the Memorandum of Law filed contemporaneously herewith. A proposed order is submitted with this motion.

2495588.1

Dated:  December 1, 2006	Respectfully submitted,


	BRYAN CAVE LLP


	        /s/ Thomas E. Wack         
	Thomas E. Wack
	Lisa D. Martin
	Jeffrey S. Russell
	211 North Broadway, Suite 3600
	St. Louis, MO 63102
	Telephone: (314) 259-2000
	Facsimile: (314) 259-2020


	- and -

	GROOM LAW GROUP, CHARTERED
	Christopher Rillo
	Edward A. Scallet
	Lars Golumbic
	1701 Pennsylvania Avenue, NW
	Washington, DC  20006
	Telephone: (202) 857-0620
	Facsimile: (202) 659-4503

	Attorneys for Defendants The Boeing Company, Employee Benefits Plans Committee, and Scott M. Buchanan

## CERTIFICATE OF SERVICE

I hereby certify that the Motion Of All Defendants To Strike Jury Demand was filed electronically with the Court on this 1st day of December, 2006, and a copy was sent via the Court's electronic filing system notification to:

>Jerome S. Schlicter
>jschlichter@uselaws.com
>Daniel V. Conlisk
>dconlisk@uselaws.com
>Heather Lea
>hlea@uselaws.com

>/s/ Thomas E. Wack