IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
DEC 18 2006

GARY SPANO, et. al.,              )
                                  )
            Plaintiffs,           )
    vs.                           )   Civil No. 06-CV-743 DRH
                                  )
THE BOEING COMPANY, et al.,       )
                                  )
            Defendants.           )
                                  )

## ORDER

IT IS ORDERED that, the fee having been paid,

(Movants(s))       Christopher J. Rillo

(Firm)             Groom Law Group, Chartered

(Address)          1701 Pennsylvania Ave, NW
                   Suite 1200
                   Washington, DC  20006

Telephone No. (202) 861-5418          (Fax #)  (202) 659-4503

Is admitted to practice pro hac vice (for this case only) before the United States District Court for

Southern District of Illinois, as attorney for: Defendants.

DATED: 12/18/06

BY ORDER OF COURT:

Norbert G. Jaworski, Clerk

By: Mona Gingrich
        Deputy Clerk

AA-03
(Revised 3/99)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
DEC 18 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

GARY SPANO, et. al., )
        Plaintiffs, )
vs. ) Civil No. 06-CV-743 DRH
)
THE BOEING COMPANY, et al., )
        Defendants. )

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes Now Christoper J. Rillo, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Defendants, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the States(s) of California (Bar #112009).

2. That movant is a member of good standing in the Bar(s) as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

_____
Christopher J. Rillo

AA-03
(Revised 3/99)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Appear Pro Hac Vice was filed by hand with the Court on this 15th day of December, 2006, and sent via facsimile and U.S. mail, first-class, postage prepaid, this 15th day of December, 2006 to:

Jerome S. Schlicter
Daniel V. Conlisk
Heather Lea
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Fax (314) 621-7151