## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY SPANO, et al.,**

**Plaintiffs,**

**v.**

**THE BOEING COMPANY, et al.,**

**Defendants.**                                                             **No. 06-0743-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiffs' motion for extension of time to respond to Defendants' motion to dismiss (Doc. 41). Said motion is **GRANTED**. The Court **ALLOWS** Plaintiffs up to and including January 10, 2007 to respond.

**IT IS SO ORDERED.**

Signed this 28th day of December, 2006.

/s/      David RHerndon
United States District Judge