IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY SPANO, JOHN BUNK, JAMES WHITE, JR.,
and VICTOR DUBBS, as representative of a class of
similarly situated person, and on behalf of the Plan,

    Plaintiffs,

v.

THE BOEING COMPANY, EMPLOYEE BENEFITS
PLANS COMMITTEE, and SCOTT M. BUCHANAN,

    Defendants.                                                  Case No. 06-cv-743-DRH

## ORDER

**HERNDON, District Judge:**

        This matter is before the Court on the Motion for Withdrawal of Named Plaintiff brought by Plaintiff Victor Dubbs (Doc. 60). The Court being fully advised in the premises, the motion is **GRANTED**, and Mr. Dubbs is permitted to withdraw as a representative of the proposed class in this case.

        **IT IS SO ORDERED.**

    Signed this 11th day of April, 2007.

                                                              /s/       David  RHerndon
                                                             **United States District Judge**