**UNITED STATES DISTRICT COURT DISTRICT
SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Gary Spano, et al | ) | |
| | ) | |
| Plaintiffs; | ) | Case No: 06-743-DRH |
| | ) | |
| v. | ) | |
| | ) | |
| The Boeing Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

IT IS HEREBY ORDERED that Defendants' Agreed Motion for Extension of Time to amend the complaint and/or add parties is GRANTED. The deadline for parties to amend their complaints and/or add parties is June 20, 2007.

DATED: June 1, 2007

/s/      David   RHerndon
United States District Judge