IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GARY SPANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-743 DRH |
| | ) | |
| THE BOEING COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A telephonic discovery dispute conference was held on January 25, 2008. Present were Daniel V. Conlisk and Mark G. Boyko for Plaintiffs; Thomas E. Wack, Jeffrey S. Russell, and Christopher J. Rillo for Defendants. The Court heard arguments and orders as follows:

1. Plaintiffs shall file a motion by February 1, 2008, for leave to depose Defendant Scott M. Buchanan, pursuant to Fed. R. Civ. P. 30(a)(2)(A)(ii). The Court will grant this motion.

2. Plaintiffs shall reimburse Defendants' reasonable travel expenses for the trip to Seattle, Washington, to defend the deposition of Defendant Buchanan. Expenses shall include, but are not limited to, airfare, lodging, and attorney time.

3. The deposition of Defendant Buchanan shall be limited in time to one seven-hour day.

4. The deposition of Defendant Buchanan shall be limited in scope to new topics only. Topics and exhibits covered in the first deposition shall not be revisited in the deposition.

**IT IS SO ORDERED.**

**DATED: January 25, 2008**

                                                    s/ *Donald G. Wilkerson*
                                                    **DONALD G. WILKERSON**
                                                    **United States Magistrate Judge**