IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GARY SPANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-743 DRH |
| | ) | |
| THE BOEING COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Currently pending before the Court is Plaintiff's Motion for Leave to Depose Defendant Scott M. Buchanan pursuant to Fed. R. Civ. P. 30(a)(2)(A)(ii) (Doc. 123). Based upon the representations of the parties at the telephonic discovery dispute conference held on January 25, 2008, this motion is **GRANTED**, subject to the following limitations.

1. Plaintiffs shall reimburse Defendants' reasonable expenses for the trip to Seattle, Washington, to defend the deposition of Defendant Buchanan. Expenses shall include, but are not limited to, airfare, lodging, and attorney time.

2. The deposition of Defendant Buchanan shall be limited in time to one seven-hour day.

3. The deposition of Defendant Buchanan shall be limited in scope to new topics only. Topics and exhibits covered in the first deposition shall not be revisited in the deposition.

**IT IS SO ORDERED.**

**DATED: February 1, 2008**

                                                                        *s/ Donald G. Wilkerson*
                                                                        **DONALD G. WILKERSON**
                                                                        **United States Magistrate Judge**