IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY SPANO, *et al.*,
    Plaintiffs,

v.

THE BOEING COMPANY, *et al.*,

    Defendants.                       Case No. 06-cv-743-DRH

### ORDER

**HERNDON, Chief Judge:**

    Now before the Court is Plaintiffs' motion for leave to file corrected memorandum in opposition to Defendants' motion for partial dismissal of First Amended Complaint (Doc. 128). Said motion is **GRANTED**. The Court **ORDERS** Plaintiffs to file the memorandum *instanter*.

    **IT IS SO ORDERED.**

    Signed this 20th day of February, 2008.

                                        /s/     David R Herndon
                                        **Chief Judge**
                                        **United States District Court**