IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Gary Spano, et al.,           )
                              )
            Plaintiff,        )
                              )
      vs.                     )   CIVIL NO. 06-743-DRH
                              )
The Boeing Company, et al.    )
            Defendant.        )

## ORDER

**IT IS ORDERED** that, the fee having been paid,

(Movants(s)) Jason P. Kelly

(Firm) Schlichter Bogard & Denton

(Address) 100 S. 4th Street, Ste. 900, St. Louis, MO 63102

(Telephone #) 314-621-6115        (Fax #) 314-621-7151

is admitted to practice pro hac vice (for this case only) before the United States District Court for Southern District of Illinois, as attorney for: Plaintiffs Gary Spano, et al.

DATED: 3/27/08

BY ORDER OF COURT:

Norbert G. Jaworski, Clerk

By: *[signature]*
    Deputy Clerk

AA-03
(Revised 6/2007)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gary Spano, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 06-743-DRH |
| | ) | |
| The Boeing Company, et al., | ) | |
| | ) | |
| Defendant. | ) | |

FILED 2008 MAR 27 PM 12:26 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE

### MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now  Jason P. Kelly  , pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of  Plaintiffs  , and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State(s) of

Missouri  .

2. That movant is a member in good standing in the Bar(s) as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE,** movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

_____
Signature of Movant

AA-03
(Revised 6/2007)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gary Spano, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 06-743-DRH |
| | ) | |
| v. | ) | |
| | ) | |
| The Boeing Company, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that on March 27, 2008, I filed my Motion to Appear Pro Hac Vice with the Clerk of the Court. A copy of this motion will be mailed to the following:

Thomas E. Wack
Jeffrey S. Russell
Carrie McNichols
Bryan Cave LLP
211 North Broadway, Ste. 3600
St. Louis, MO 63102
(314) 259-2000
Attorneys for Defendants
tewack@bryancave.com
cmcnichols@bryancave.com
jrussell@bryancave.com

Of Counsel:
Christopher Rillo
Theodore Scallett
Groom Law Group
1701 Pennsylvania avenue, N.W.
Washington, D.C. 20006
(202) 861-5418
crillo@groom.com

Lars C. Golumbic
Edward A. Scallet
Groom Law Group, Chartered
1701 Pennsylvania Ave. NW
Suite 1200
Washington, DC 20006

_____
Jason P. Kelly
Schlichter, Bogard & Denton
120 W. Main Street, Ste 208
Belleville, IL 62220
and
100 South Fourth Street
Suite 900
St. Louis, Missouri 63102
Phone: (314) 621-6115
Fax: (314) 621-7151
E-mail: jkelly@uselaws.com