IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY SPANO, et al.,

Plaintiffs,

v.

THE BOEING COMPANY, et al.,

Defendants.                                         No. 06-0743-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management. On August 22, 2008, Magistrate Judge Wilkerson granted Plaintiffs leave to file a Second Amended Complaint (Doc. 185). On August 25, 2008, Plaintiffs filed their Second Amended Complaint (Doc. 186). Thus, the Court denies as moot Defendants' motion for partial dismissal of First Amended Complaint (Doc. 115).

**IT IS SO ORDERED.**

Signed this 29th day of August, 2008.

/s/    David R Herndon

**Chief Judge**
**United States District Court**