**FILED**

**JAN 0 9 2009**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY SPANO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 06-CV-743-DRH |
| | ) |
| THE BOEING COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

**IT IS ORDERED** that, the fee having been paid,

Mark A. Perry
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 530-9696

is admitted to practice pro hac vice (for this case only) before the United States District Court for the Southern District of Illinois, as attorney for defendants.

DATED: 1/9/09

BY ORDER OF COURT:

Nobert G. Jaworski, Clerk

By: _____
Deputy Clerk

FILED
JAN 09 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY SPANO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 06-CV-743-DRH |
| | ) |
| THE BOEING COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now Mark A. Perry, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of the defendants, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of California (Bar ID 212532) and the District of Columbia (Bar ID 438203).

2. That movant is a member in good standing in the Bars as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

_____
Mark A. Perry

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered via first class U.S. Mail, postage prepaid, to the following this 9th day of January, 2009 to:

>Jerome S. Schlichter
>Daniel C. Conlisk
>Mark G. Boyko
>Schlichter, Bogard & Denton
>100 South Fourth Street, Suite 900
>St. Louis, MO  63102
>Attorneys for Plaintiffs

*/s/ Rebecca J. Heitman*

**FILED**

**JAN 0 9 2009**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY SPANO, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 06-CV-743-DRH |
| THE BOEING COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

ORDER

**IT IS ORDERED** that, the fee having been paid,

William J. Kilberg
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 530-9559

is admitted to practice pro hac vice (for this case only) before the United States District Court for the Southern District of Illinois, as attorney for defendants.

DATED: 1/9/09

BY ORDER OF COURT:

Nobert G. Jaworski, Clerk

By: _____
Deputy Clerk

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAN 0 9 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| GARY SPANO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06-CV-743-DRH |
| ) | |
| THE BOEING COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now William J. Kilberg, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of the defendants, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of New York (Bar ID 1420314) and the District of Columbia (Bar ID 124925).

2. That movant is a member in good standing in the Bars as set forth above.

3. That movant does not with to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

William J. Kilberg

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered via first class U.S. Mail, postage prepaid, to the following this 9th day of January, 2009 to:

>Jerome S. Schlichter
>Daniel C. Conlisk
>Mark G. Boyko
>Schlichter, Bogard & Denton
>100 South Fourth Street, Suite 900
>St. Louis, MO 63102
>Attorneys for Plaintiffs

*/s/ Rebecca J. Hetrick*