IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Gary Spano, et al., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 3:06-cv-00743-DRH-DGW |
| The Boeing Company, et al. | ) |
| Defendant. | ) |

MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now Henry D. Fellows, Jr._____, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Expert Witness, Al Otto_____, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State(s) of Georgia_____.

2. That movant is a member in good standing in the Bar(s) as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

_____
Signature of Movant

AA-03
(Revised 6/2007)