**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

APR 29 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| GARY SPANO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-00743-DRH-DGW |
| | ) | |
| THE BOEING COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

IT IS ORDERED that, the fee having been paid, Gregory C. Braden, Morgan, Lewis &

Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington, DC 20004,  Phone (202)739-3000, Fax

(202) 739-3001 is admitted to practice pro hac vice (for this case only) before the United States

District Court for the Southern District of Illinois, as counsel for the Intervenor, International Paper

Company.

Dated:___4/29/09_____

BY ORDER OF COURT

Justine Flanagan, Acting Clerk

By:_____
                    Deputy Clerk

**FILED**

APR 29 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY SPANO, et al.,                          )
                                             )
          Plaintiffs,                        )
v.                                           )          No. 3:06-CV-00743-DRH-DGW
                                             )
THE BOEING COMPANY,                          )
                                             )
          Defendants.                        )

<u>MOTION TO APPEAR PRO HAC VICE</u>
(For This Case Only)

Comes now Gregory C. Braden, pursuant to Local Rule 83.1(b) of the United States District

Court for the Southern District of Illinois, and moves the Court to allow said movant to appear of

record in the above entitled cause and participate pro hac vice (for this case only) on behalf of

Intervenor, International Paper Company, and in support thereof states and certifies to the Court:

1.     That movant is an attorney licensed to practice law in the State(s) of Georgia and

District of Columbia.

2.     That movant is a member in good standing in the Bar(s) as set forth above.

3.     That movant does not wish to be admitted generally, but for the purpose of this case

only.

4.     That movant is familiar with the law, facts and procedures relating to the subject

matter of this litigation.

THEREFORE, movant respectfully requests permission to appear of record and participate

pro hac vice before the United States District Court for the Southern District of Illinois.

BY _____

Gregory C. Braden
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
(202)739-3000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was hand-delivered to the Court on this _____ 28 _____ day of _____ April _____, 2009 and mailed U.S. Mail to all the following counsel of record:

Jerome J. Schlicter
Attorney for Plaintiffs/
Class Representatives
100 S. Fourth Street, Ste. 900
St. Louis, Missouri 63102

Thomas E. Wack
Bryan Cave LLP
211 North Broadway, Ste. 3600
St. Louis, Missouri
Attorney for Defendants

Of counsel:
Christopher Rillo
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006