IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY SPANO, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-00743 DRH |
| ) | |
| THE BOEING COMPANY, et. al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On May 5, 2009, the Court entered an order informing the Plaintiffs that the exhibits to the Plaintiffs' Memorandum in Opposition to the Motion for Summary Judgment, which are currently filed under seal, would be unsealed on May 12, 2009, unless the Plaintiffs withdrew them within five business days. That deadline has passed and Plaintiffs have not withdrawn the exhibits. Thus, the Court now **ORDERS** that the exhibits be unsealed. The Clerk of Court is **DIRECTED** to unseal in the electronic case-filing system the exhibits to Plaintiffs' Memorandum in Opposition to the Motion for Summary Judgment (Doc. 224).

**IT IS SO ORDERED.**

**DATED: May 13, 2009**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**