IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY SPANO, et al.,

Plaintiffs,

v.

THE BOEING COMPANY, et al.,

Defendants.                                          No. 06-0743-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendants' motion for additional extra pages in connection with class action briefing (Doc. 334). Plaintiffs oppose the motion, however, asks that if the Court allows the pages they would like an equal amount of additional pages (Doc. 335). Based on the reasons stated in the motion, the Court **GRANTS** defendants' motion. The Court **ALLOWS** both parties ten additional pages for class action briefing.

**IT IS SO ORDERED.**

Signed this 20th day of July, 2011.

David R. Herndon
2011.07.20
09:15:01 -05'00'

**Chief Judge**
**United States District Court**