IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY SPANO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 06-CV-743-DRH |
| ) | |
| THE BOEING COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now Thomas M. Johnson, Jr., pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of the defendants, and in support thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of New York (Bar ID 4512356) and the District of Columbia (Bar ID 976185).

2. That movant is a member in good standing in the Bars as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

*/s/ Thomas M. Johnson, Jr.*
Thomas M. Johnson, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered via first class U.S. Mail, postage prepaid, to the following this 6th day of September, 2011 to:

Jerome S. Schlichter
Daniel C. Conlisk
Mark G. Boyko
Schlichter, Bogard & Denton
100 South Fourth Street, Suite 900
St. Louis, MO 63102

*Attorneys for Plaintiffs*

Rebecca J. Green