IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY SPANO, et al.,

**Plaintiffs,**

v.

**THE BOEING COMPANY, et al.,**

**Defendants.**                                                  No. 06-0743-DRH

### ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for case management. After reviewing the parties' pleadings in response to the Court's September 12, 2011 Order, the Court finds that the pending motion to dismiss or for summary judgment based on the statute of limitations and the motion for summary judgment need to be re-briefed given the proposed changes in the legal theories. Thus, the Court **GRANTS** defendants leave to file amended motions for summary judgment. The Court **SETS** the following deadlines: defendants' motions for summary judgment are due December 21, 2011; plaintiffs' responses are due February 6, 2012 and defendants' replies are due March 7, 2012. The motions and responses shall be no longer than 40 pages in length and the reply briefs shall be no longer than 15 pages in length. Further, the Court **DENIES as moot** the motion to dismiss or in the alternative

motion for summary judgment based on the statute of limitations (Doc. 189), the hearing on the motion to dismiss or for summary judgment based on the statute of limitations (Doc. 206) and the motion for summary judgment (Doc. 213).

**IT IS SO ORDERED.**

Signed this 8th day of November, 2011.

David R. Herndon
2011.11.08
14:50:13 -06'00'

**Chief Judge
United States District Court**