# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| GARY SPANO, et al. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:06-cv-00743-NJR-DGW |
| THE BOEING COMPANY, et al. ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __defendants The Boeing Company et al.__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __California and the District of Columbia__. The state and federal bar numbers issued to me are: __126576 (CA) and 419773 (DC)__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: __6/23/2014__
Date

__/s/ Brian D. Boyle__
Signature of Movant

__1625 Eye Street, N.W.__
Street Address

__Brian D. Boyle__
Printed Name

__Washington, D.C. 20006__
City, State, Zip

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was delivered via the Court's electronic filing system this 27th day of June, 2014 to:

       Jerome S. Schlichter
       Mark G. Boyko
       Schlichter, Bogard & Denton
       100 South Fourth Street, Suite 900
       St. Louis, Missouri 63102
       Attorneys for Plaintiffs

       /s/ *Brian D. Boyle*