# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| GARY SPANO, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number:  3:06-cv-00743-NJR-DGW |
| THE BOEING COMPANY, et al. | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  defendants The Boeing Company et al.  .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Illinois and the District of Columbia  . The state and federal bar numbers issued to me are:  6242483 (IL) and 476866 (DC)  .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:  6/26/14
Date

Signature of Movant

Shannon M. Barrett
Printed Name

1625 Eye Street, N.W.
Street Address

Washington, D.C. 20006
City, State, Zip

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was delivered via the Court's electronic filing system this 27th day of June, 2014 to:

>Jerome S. Schlichter
>Mark G. Boyko
>Schlichter, Bogard & Denton
>100 South Fourth Street, Suite 900
>St. Louis, Missouri 63102
>Attorneys for Plaintiffs

                                                             /s/ *Shannon M. Barrett*