# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Illinois

| | |
|---|---|
| GARY SPANO, et al. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:06-cv-00743-NJR-DGW |
| THE BOEING COMPANY, et al. ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  defendants The Boeing Company et al.                                   .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  New York and the District of Columbia        . The state and federal bar numbers issued to me are:  4472775 (NY) and 977165 (DC)                .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:  6/26/14
           Date

Signature of Movant

1625 Eye Street, N.W.
Street Address

Meaghan VerGow
Printed Name

Washington, D.C. 20006
City, State, Zip

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was delivered via the Court's electronic filing system this 27th day of June, 2014 to:

   Jerome S. Schlichter
   Mark G. Boyko
   Schlichter, Bogard & Denton
   100 South Fourth Street, Suite 900
   St. Louis, Missouri 63102
   Attorneys for Plaintiffs

                /s/ *Meaghan VerGow*